# FCI Marianna, Florida

## Residential Drug Abuse Program

# Eric Preston

The above named inmate has satisfactorily met all requirements and standards for completion as prescribed by the 500 Hour Drug Abuse Program Policy and is hereby awarded this certificate for the Residential Drug Abuse Program on the 2nd day of January in the year Two Thousand and Eight.

_Scott A. Middlebrooks, Warden_

_A. J. McCartney, Ph.D., D.A.P.C._

_Deborah L. Willis, Psy.D., Chief Psychologist_

This certificate is hereby presented to

# Eric Preston

for participating in 12 sessions of

# AA/NA Group

at FCI Marianna

August15, 2007



AA/NA Chairman

Staff Sponsor

# Certificate of Completion

Let it be known that

## Eric Preston #10048-067

has satisfactorily completed
the 40 hour Drug Abuse Education Class
at F.C.C. Coleman, Florida.

June 21, 2004



David B. Christensen, B. A.
Drug Abuse Treatment Specialist



# F.I.S.H.
## Official Certificate
### Find-Insight-Start-Healing

## Congratulations to:

Eric Preston 10048-067

## on completing:

### "Gang Involvement - Anti Violence"
### Books 1 - 4

## Release Preparation Credit:
# 8 hours

_M. Jarnow_
**Psychology Services Dept.**

07-23-07
**Date**

# F.I.S.H.
## Official Certificate
### Find-Insight-Start-Healing

## Congratulations to:

Eric Preston #10048-067

on completing:

## "Developing Insight"
### Books 1 - 12

## Release Preparation Credit:
## 24-hours

**Psychology Services    Date:** 07-03-07



Certificate of Completion

This certifies that

Eric Preston

Has satisfactorily completed the

Career Counseling Class

S. Jackson, Facilitator

June 19, 2007



# F.I.S.H.
## Official Certificate
### Find-Insight-Start-Healing

## Congratulations to:

Eric Preston 10048-067

on completing:

# "Returning Home Series"
## Books 1 - 15

## Release Preparation Credit:
# 30 hours

Psychology Services Dept.    Date: 06-12-07

## Eric Preston
P.O. Box 7007
Marianna, Florida 32447
Ph. (850) 323-5687

## Objective:

I am looking for an opportunity to utilize my skills. I am very knowledgeable in the Warehouse Industry. I have the ability to enhance the production and quality of your company.

## Experience:

(Position: Laborer) S.W. Structural Lumber Yard 1year exp.
(Position: Warehouse Laborer) Mayflower Moving and Storing Co. 2years exp.
(Position: Environmentalist) S.W. Community Hospital 2years exp.
(Position: Construction Framer) Lee Vocational School (Building Framing)

## Skills:

- Landscaping **(I am very knowledgeable in the Industry of Landscaping from Laying sod to Sprinkler systems, Operating Commercial and Residential Lawnmowers, Chainsaws and Tree trimming**
- Building and Repairing small engines
- Building and Framing Houses
- Forklift Operator
- Manual Labor and knowledgeable in the operation of most machinery
- Supervisory Skills in the Landscaping Field
- Floor Care **(knowledgeable in floor Maintenance from Stripping, Waxing and Shining)**
- Custodian Maintenance (knowledgeable in all aspects of the Custodian Maintenance field from Chemical awareness, General Cleaning Procedures and Safety Regulations, Floor Care and Sanitation

## Educational:

- High School Diploma Riverdale High School Florida
- Lee Vocational Technical School for Building and Framing Houses
- Basic Building Maintenance Certified by the State of Florida
- Employability Job Skills
- Career Planning Course

## Personal Statement:

If I am afforded the opportunity to work for your company, I can assure you that you be gaining a very dependable and reliable employee.

**\*Recommendation on Request\***



Education Department

Certificate of Successful Achievement

This is to certify that

Eric Preston

on January 8, 2008 has satisfactorily completed class competencies for

Basic Landscaping Course

for The State of Florida

Teacher / Coordinator

# Certificate of Completion

## Eric Preston

Has successfully completed the Commercial Driver's License Program for General Knowledge and Air Brake:

### Course content:

**General Knowledge**

CDL Endorsements/Restriction, Safe Driving Practices, Hauling Hazardous Materials

**Air Brakes**

Air Brake Restriction, Safe Operation of Air Brakes, Brake Inspection, Emergency Braking



F. Jackson
Class Facilitator
December 28, 2007

B.O.P Minimum Education Department

# Certificate of Completion

*For*
*(Aerobics Class)*

*Successfully completed the Sentry based program*
*Sponsored by FCI Marianna's Recreation Department*
**This Certificate is Awarded to:**

# Eric Preston

**This Twenty Fourth Day of July, Two Thousand Seven**



_____
**Program Coordinator**

# Certificate of Achievement

awarded to:

## Eric Preston

**FOR THE SUCCESSFUL COMPLETION OF THE TOTAL WELLNESS CLASS**

**THROUGH THE PHYSICAL FITNESS AND HEALTH EDUCATION PROGRAM**



Signed by Gio Ramirez
Supervisor of Recreation

This 3rd day of December 2002

**Date**

# Certificate of Achievement

awarded to:

## Eric Preston

**FOR THE SUCCESSFUL COMPLETION OF THE**

**CROSS TRAINING CLASS**

**THROUGH THE PHYSICAL FITNESS AND HEALTH EDUCATION PROGRAM**

This 3rd day of December 2002
**Date**



Signed by Gio Ramirez
Supervisor of Recreation

# Certificate of Achievement

awarded to:

## Eric Preston

**FOR THE SUCCESSFUL COMPLETION OF THE TOTAL BODY CLASS THROUGH THE PHYSICAL FITNESS AND HEALTH EDUCATION PROGRAM**



Signed by Gio Ramirez
Supervisor of Recreation

This 25ᵗʰ day of August 2002
**Date**

# Certificate of Achievement

awarded to:

## Eric Preston

**FOR THE SUCCESSFUL COMPLETION OF THE CIRCUIT TRAINING CLASS**

**THROUGH THE PHYSICAL FITNESS AND HEALTH EDUCATION PROGRAM**



Signed by Gio Ramirez
Supervisor of Recreation

This 25th day of August 2002
**Date**

# Certificate Of Achievement

## Awarded to:

### Eric Preston

For completion of the Endurance class held at FCC Coleman Medium Recreation Department, Coleman, Florida



Signed this 1st Day of May 2003
Gio Ramirez, Supervisor of Recreation

# Certificate Of Achievement

*Awarded to:*

## Eric Preston

*For completion of the Circuit Training class held at FCC Coleman Medium Recreation Department, Coleman, Florida*

*Signed this 1ˢᵗ Day of May 2003*
*Gio Ramirez, Supervisor of Recreation*



Case 5:06-cv-00181-WTH-GRJ    Document 1    Filed 05/08/2006    Page 18 of 26

# Certificate Of Achievement

## Awarded to:

### Eric Preston

For completion of the Beginning Abs class held at FCC Coleman Medium Recreation Department, Coleman, Florida

Signed this 1ˢᵗ Day of May 2003

Gio Ramirez, Supervisor of Recreation





# Certificate of Achievement

awarded to:

**Eric Preston**

For the successful completion of the

## Beginning Jump Rope Class

through the Wellness Program at the Recreation Department

This 11ᵗʰ day of April 2004

Shawn T. Sharbaugh/Supervisor of Recreation



# Certificate of Achievement

awarded to:

**Eric Preston**

For the successful completion of the

## Circuit Fitness Training Class

through the Wellness Program at the Recreation Department

This 11th day of April 2004

Shawn T. Sharbaugh, Supervisor of Recreation



# Certificate of Achievement

awarded to:

**Eric Preston**

For the successful completion of the

## Intermediate Jump Rope Class

through the Wellness Program at the Recreation Department

Shawn T. Sharbaugh, Supervisor of Recreation

This 25ᵗʰ day of July 2004



# Certificate of Achievement

awarded to:

## Eric Preston

For the successful completion of the

## Total Fitness Training Class

through the Wellness Program at the Recreation Department

This 31st day of October 2004

Shawn T. Sharbaugh, Supervisor of Recreation



# Certificate of Achievement

awarded to:

## Eric Preston

For the successful completion of the

### Advanced Jump Rope Class

through the Wellness Program at the Recreation Department

_____
Shawn T. Shatbaugh, Supervisor of Recreation

This 31st day of October 2004

# Certificate of Achievement

awarded to:

## Eric Preston

For the successful completion of the

## Fitness Endurance Class

through the Wellness Program at the Recreation Department

Shawn T. Sharbaugh, Supervisor of Recreation

This 17th day of April 2005

# Certificate of Achievement

awarded to:

## Eric Preston

For successfully achieving your goal of

## 30 hours in the Calisthenics Club

conducted through the Wellness Program at FCC Coleman, Medium, Recreation Department

This 1st day of August 2005



Shawn T. Sharbaugh, Supervisor of Recreation





U.S. POSTAGE
COLEMAN FL
APR 3 2 21 08
AMOUNT
$0.00
00050031-07

Eric Preston
Reg. No. 10048-067
Federal Correctional Complex
Coleman-Medium
P.O. Box 1032
Coleman, Florida 33521-1032

** LEGAL MAIL **

Clerk of the Court
United States District Court
P.O. Box 983
Harrisburg, Pennsylvania 17108-0983