

**UNITED STATES DISTRICT COURT**
*for the*
*MIDDLE DISTRICT OF PENNSYLVANIA*
*William J. Nealon Federal Bldg & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

*Divisional Offices:*

*(570) 207-5600   FAX (570) 207-5650*
*Internet Address: http://www.pamd.uscourts.gov*

*Harrisburg:    (717) 221-3920*
*Williamsport:  (570) 323-6380*

*MARY E. D'ANDREA*
*Clerk of Court*

In Re: Standing Order 08-2 Appointment of Counsel in Proceedings Related to the Retroactive Crack-Cocaine Guideline Amendments

Dear **Eric Preston:**

The Clerk's Office has received your document for filing regarding the Retroactive Crack-Cocaine Guideline Amendments.  Your document has been docketed to Case Number: **1:00-CR-0080, USA v. Eric Preston.**

The Federal Public Defender, 100 Chestnut Street, Suite 600, Harrisburg, PA 17101, phone number: 717-782-2237, is appointed to represent you in this matter pursuant to Standing Order 08-2, which is attached.  You are responsible for reading the Standing Order.

Sincerely,

Mary E. D'Andrea, Clerk of Court

By: s/ Kevin J. Neary
        Deputy Clerk

Dated: May 2, 2008