IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:CR-00-080-02 |
| | : | |
| v. | : | (Chief Judge Kane) |
| | : | |
| ERIC PRESTON | : | (Electronically Filed) |

**CERTIFICATE OF CONCURRENCE / NON-CONCURRENCE**

I, Heidi R. Freese of the Federal Public Defender's Office, do hereby certify that the United States filed a separate response outlining the extent of their non-concurrence.

Date: May 23, 2008

/s/ Heidi R. Freese
HEIDI R. FREESE, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA87668
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
<heidi_freese@fd.org>
*Attorney for Eric Preston*