IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:CR-00-080-02 |
| | : | |
| v. | : | (Chief Judge Kane) |
| | : | |
| ERIC PRESTON | : | (Electronically Filed) |

## ORDER OF COURT

**AND NOW** this _____ day of May, 2008, upon consideration of the defendant's Emergency Motion for Relief Under 18 § 3582(c)(2),

**IT IS HEREBY ORDERED** that this motion is **GRANTED**. The defendant's sentence is amended to time served effective _____. All other aspects of the original judgment imposed on November 7, 2000, remain in effect.

BY THE COURT:

_____
YVETTE KANE
Chief United States District Judge