AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

____Middle District of Pennsylvania____

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ERIC PRESTON ) | Case No: 1:00-CR-80 |
| ) | USM No: |
| Date of Previous Judgment: 11/7/2000 ) | Heidi Freese |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____   Amended Offense Level: _____
Criminal History Category: _____   Criminal History Category: _____
Previous Guideline Range: ____ to ____ months   Amended Guideline Range: ____ to ____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

**III. ADDITIONAL COMMENTS**
Because the Court determined Defendant's sentence according to the career-offender guideline, USSG 4B1.1, and there is no "listed amendment" to the United States Sentencing Guidelines, no sentence reduction is authorized pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10. *See United States v. Rivera*, 553 F. Supp. 2d 527, 530 n.2 (E.D. Pa. 2008) (casting doubt as to whether a court may reduce a sentence pursuant to "an amendment changing a guidelines range that is not applicable to the defendant but is considered for comparison purposes.")

Except as provided above, all provisions of the judgment dated  11/7/2000  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  7/21/08

_____
Judge's signature

Effective Date: _____
(if different from order date)

Yvette Kane, Chief Judge
Printed name and title