# NOTICE OF APPEAL TO
# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

U.S. District Court - Middle District of Pennsylvania  (Harrisburg)

FULL CAPTION IN DISTRICT COURT:   Circuit Court Docket No. _____

UNITED STATES OF AMERICA          District Court
                                  Docket  No.      1:00-CR-00080

        v.
                                  District Court
ERIC PRESTON                      Judge          Yvette Kane


Notice is hereby given that _____Eric Preston_____ appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment; [X] Order; [ ] Other (Specify) _____ entered in this action on   July 21, 2008 .


DATED: July 28, 2008


s/ Ronald A. Krauss, Esquire              Eric Pfisterer, Esquire
(Counsel for Appellant)                   (Counsel for Appellee)

Attorney ID # PA 44855                    United States Attorney's Office
Federal Public Defender's Office          228 Walnut Street, Room 220
100 Chestnut Street, Suite 306            Harrisburg, PA 17101
Harrisburg, PA 17101                      Tel. No. (717) 221-4482
Tel. No. (717) 782-2237                   Fax No. (717) 221-2246
Fax No. (717) 782-3881                    <eric.pfisterer@usdoj.gov>
<ronald_krauss@fd.org>                    *Counsel for Appellee*
*Counsel for Appellant*
    *Eric Preston*

## CERTIFICATE OF SERVICE

I, Ronald A. Krauss of the Federal Public Defender's Office, do hereby certify that I served a copy of the **NOTICE OF APPEAL** via Electronic Case Filing, or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

ERIC PFISTERER, ESQUIRE
United States Attorney's Office
███████████████████████
███████████████
████████
████████████████

ERIC PRESTON
████████████████
███████████████████
████████
███████████████

Date: July 28, 2008                    *s/ Ronald A. Krauss, Esquire*
                                       (Counsel for Appellant)

                                       Attorney ID #PA 47938
                                       Federal Public Defender's Office
                                       100 Chestnut Street, Suite 306
                                       Harrisburg, PA 17101
                                       Tel. No. (717) 782-2237
                                       Fax No. (717) 782-3881
                                       <ronald_krauss@fd.org>
                                       *Counsel for Appellant*
                                            *Eric Preston*